Probation Form No. 35
(1/92)

Report and Order Terminating Probation
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA

V. Dkt. No. 1:23:CR:050-01

DUSTIN RHINE

On January 8, 2024, Mr. Rhine was placed on probation for a period of one year by U.S. District Judge Paul L. Maloney. The judgment in the case reflects the Court would consider a request from the U.S. Probation Office for early termination of probation after all monetary obligations have been satisfied. On January 11, 2024, Mr. Rhine paid the $2,000 fine in full, which was verified by the U.S. Probation Office. Per the Court's directive, it is recommended the defendant be discharged from probation.

Respectfully submitted,

/s/ Jeremy J. Williams
Jeremy J. Williams
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from probation and the proceedings in the case be terminated.

Dated this 5th day of March, 2024.

/s/ Paul L. Maloney
The Honorable Paul L. Maloney
U.S. District Judge